A95A1856. FALICE v. BRIGHTWELL et al.
A95A1857. FALICE v. AMERICA'S MORTGAGE
SERVICING, INC.
(465 SE2d 730)

BIRDSONG, Presiding Judge.

This appeal and cross-appeal were docketed in this Court on May 17, 1995, and the record in the case was duly forwarded. Neither appellant nor cross-appellant filed a brief and enumerations of error within 20 days after the docketing of the appeal and cross-appeal, pursuant to Rule 26 (a); no extension of time to file briefs and

enumerations of error was filed or granted. Accordingly, these appeals are dismissed, and the judgment of the trial court stands as issued.

*Appeals dismissed. Johnson and Smith, JJ., concur.*

DECIDED NOVEMBER 27, 1995.

Reginald A. Falice, *pro se.*
Frank Brightwell, *pro se.*
McCalla, Raymer, Padrick, Cobb, Nichols & Clark, Daniel D. Phelan, for America's Mortgage Servicing.

